## Burkett Estate.

Argued May 23, 1967.   Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*John J. Krafsig, Jr.,* for appellant.

*Paul E. Clouser,* with him *Schaeffer, Purcell & Clouser,* for appellee.

OPINION PER CURIAM, September 26, 1967:
Decree affirmed. Estate to pay costs.
Mr. Justice COHEN took no part in the consideration or decision of this case.